FILED
JUN 25 2021
Clerk, U.S. District Court
Eastern District of Texas

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF TEXAS

Sherman Division

Rhonda Marie McLemore

*Plaintiff(s)*

-v-

*Defendant(s)*

~~Walmart Texas Stores et' al~~
Jason Wayne Stewart, Cinthya Marina Knowlton,
Raquel Nunez, Lionel Casias
Uday Kuchimanchi (PWC)
Walmart Stores Texas, LLC, ETAL.,

Case No. 4:21 cv 485 ALM/CAN

Jury Trial: *(check one)* ☒ Yes ☐ No

**Original Complaint**

Retaliation

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION – Retaliation

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Rhonda Marie Mclemore |
| Street Address | 1801 McCord Way #137 |
| City and County | Frisco , Collin |
| State and Zip Code | Texas 75033 |
| Telephone Number | 903-820-3622 |
| E-mail Address | onlyjust47@aol.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Josephine Jacobs |
| Job or Title *(if known)* | Asset Protection Manager |
| Street Address | 8555 Preston Road |
| City and County | Frisco, Collin |
| State and Zip Code | Texas,75034 |
| Telephone Number | 469-237-3768 Ext 100 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 2

| | |
|---|---|
| Name | Cinthya Knowlton |
| Job or Title *(if known)* | Store Manager |
| Street Address | 8555 Preston Road |
| City and County | Frisco, Collin |
| State and Zip Code | Texas, 75034 |
| Telephone Number | 469-227-3768 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 3

| | |
|---|---|
| Name | Uday Kuchimanchi |
| Job or Title *(if known)* | Senior Manager -Senior Integration Architect(PWC) |
| Street Address | 300 Madison Ave / 2121 N. Pearl St |
| City and County | New York(Unknown)/ Dallas,Dallas |
| State and Zip Code | New York 10017 Texas 75201 |
| Telephone Number | 410-292-4770 /646-471-4000 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 4

| | |
|---|---|
| Name | Wal-Mart Stores Texas, LLC et al (Entity) |
| Job or Title *(if known)* | AKA Wal-Mart Stores Texas 2007, LLC Filing Number 800834865 |
| Street Address | 702 SW 8th Street C/O Sales Tx #555 |
| City and County | Bentonville, Benton |
| State and Zip Code | Arkansas ,72716-6209 USA |
| Telephone Number | 479-273-0060 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 5

| | |
|---|---|
| Name | Jason Wayne Stewart |
| Job or Title *(if known)* | Market #56 Manager |
| Street Address | 425 Coit Rd |
| City and County | Plano , Collin |
| State and Zip Code | Texas,75075 |
| Telephone Number | 972-599-1650 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 6

| | |
|---|---|
| Name | Raquel Nunez |
| Job or Title *(if known)* | Market #56 Human Resource |
| Street Address | 425 Coit Rd |
| City and County | Plano, Collin |
| State and Zip Code | Texas, 75075 |
| Telephone Number | 972-599-1650 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 7

| | |
|---|---|
| Name | Lionel Casias |
| Job or Title *(if known)* | Team Lead |
| Street Address | 5001 McKinney Ranch Parkway |
| City and County | McKinney, Collin |
| State and Zip Code | 75070 |
| Telephone Number | 972-529-5046 |
| E-mail Address *(if known)* | unknown |

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Walmart |
| Street Address | 8555 Preston Road |
| City and County | Frisco , Collin |
| State and Zip Code | Texas 75034 |
| Telephone Number | 469-237-3768 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

**Retaliation**

[X] **Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. § 2000e-3(a)**

Forbids am employer from retaliating against an employee because of the employees opposition to any pratice made unlawful or the employees participation in an investiagtion proceeding or hearing under Title VII

*Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[X] **Whistle Blowers Protection Act of 1989**

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[X] Other federal law *(specify the federal law)*:

**Defamation U.S. Code § 4101 (1)(2)(5)(6)(A) Libel& Slander**

[X] Relevant state law *(specify, if known)*:

**Retaliation Section § 21.055 (1)(2)(3)(4)Texas Labor Code 21**

[X] **Wrongful Discharge from Employment Act**

**Statutory Exceptions:(a) State and federal employment discrimination statutes(b)Protected activity(c) bringing suspected wrongdoingto the attention of competent goverment authorities.**
**(d) filing various claims(e) Military Duty(f)Jury Duty(g)Voting**

## JURISDICTION

United States District Court for the Eastern District of Texas . Sherman ,Division one of 4 federal judicial districts in Texas Court. For the District is held at Beaumont, Lufkin, Marshall, Plano, Sherman, Texarkana and Tyler. Caes 4:18-cv-00689 ALM-CAN assigned to Sherman Division 101 Esat Pecan StreetSherman, Texas 75090 -7940 Preston Rd Plano Texas 75024

Plaintiff brings the subject matter under federal question jurisdiction of the United States Federal Court Eastern District of Texas Sherman, Division alleging a violation of United States Constitution , federal law,or a treaty to which United States is a party. Title VII of Civil Rights Act of 1964 (Pub I 88-352) Retaliation, Sec: 11C of Osha Act Retaliation Age Discrimination Employmnet Act of 1967 (ADEA) Conspiracy Deprivation of Civil Rights

42 U.S.Code 1985. Libel and Slander(Defamation) Wrongful Termination (Breach statute provision or rule in employment law

United States Court Eastern District Sherman Division

4. Collin County United States Court and Grayson County United Sates Court both seat in the United States Fedral Court Eastern District Sherman, Division both are appropriate because a substatial part of the events I Rhonda Mclemore am suing about happened in this district. Majority of the defendants are located in this district. Any other defendants located in Benton County entering the state of Texas as CT Corporation in Nothern District of Texas.

5. Intradistrict Assignment

United States Court for the Eastern District of Texas : Sherman Division Grayson, Collin County Because this lawsuit arose in Frisco Texas, Collin County it should be assigned to United States Court for the Esatern District of Texas Sherman Division of this court.

//

//

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts *(specify)*: Defamation (Slander & Libel)

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Began 04/2017 Ended 06/18/2021 Wrongful Discharge

C. I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race
- [ ] color
- [ ] gender/sex
- [ ] religion
- [ ] national origin
- [x] age *(year of birth)* ________ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* 07-06-2018 Original Charge

B. The Equal Employment Opportunity Commission *(check one)*:

- [ ] has not issued a Notice of Right to Sue letter.
- [X] issued a Notice of Right to Sue letter, which I received on *(date)* 04/29/2021 .

**Retaliation** *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- [X] 60 days or more have elapsed. Initial Charge#493-2018-01554
- [ ] less than 60 days have elapsed. New Charge #450-2019-02170 03-01-2019

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**July 2017 until present Ms Rhonda Marie Mclemore civil liberties and rights has been violated for her participation in the filing of a discrimnation charge with the EEOC. Mrs Sybil Edwards Refusal & Admission electronically to investigate a civil duty bestowed on her by the Federal Agency(Equal Oppurtunity Employment Commision). Further violates my "Civil Rights and Public Policy for a fair hearing due to all U.S. citizens. Plaintiff RhondaMarie McLemore received a "Wrongful Discharge from Walmart Texas Stores LLC. et al. I am diligently seeking Compensatory, Punitive &Nominal Damages in the sum of 562,000 for the emotional and physical harm caused by this unlawful pratice.**

4/29/21

EEOC Form 161 (11/2020)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

EEOC Commission

To: **Rhonda M. Mclemore**
**1801 McCord Way**
**#137**
**Frisco, TX 75033**

From: **San Antonio Field Office**
**5410 Fredericksburg Rd**
**Suite 200**
**San Antonio, TX 78229**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **450-2019-02170** | **Sybil Edwards, Investigator** | **(210) 640-7563** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit ***must be filed WITHIN 90 DAYS of your receipt of this notice***; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

For 4/29/2021

**Travis G. Hicks,**
**Director**

*(Date Issued)*

Enclosures(s)

cc:
**Raquel Nuez**
**Human Resources Director**
**WALMART**
**8555 Preston Rd**
**Frisco, TX 75034**

Enclosures(s)

cc: Nancy L. Waters
Geary, Porter & Donovan, P.C.
16475 Dallas Parkway
Suite 400
Addison, TX 75001

FIRST **Claim**

*(Name the law or right violated:* **Retaliation ;Civil Rights Act of 1964 42 U.S.C.§ 2000e-3(a)**

*(Name the defendants who violated it:* **Walmart Store Texas L.L.C, Jason Stewart, Cinthya Knowlton, Raquel Nunez, Josephine Jacobs, Uday Kuchimanchi, Lionel Casias, and EEOC Federal Investigator Mrs Sybil Edwards all violated my rights under Civil Right Act of 1964**

**Plaintiff encountered a Wrongful Discharge after engaging in what is suppose to be protected behaviors according to "Public Policy".**

**Continued (Page 11)**

**First Claim**

*(Name the law or right violated:* Tittle VII of the Civil Rights Act of 1964

*(Name the defendants who violated it:* Publ.88-352 Title VII U.S.C. prohibits employment discrimination based on race color, religionand National origin. Civil Rights Acr 1991 Pub L 111-2 Amend Several Sections 1977. 42 U.S.C 1981 . Wal-Mart Stores Texas, LLC et al and supervisors neglected there feduciary duty to protect associate and plaintif from illegal acts of discrimination on the base of race and age. Plaintiff Rhonda Mclemore waas subjected to harassment , severe retaliation and hostile treatment unlike any associated in the building located at 8555 Preston Road unit 5866 Walmart. Where she pleaded with supervisors to discontinue the practice. Upon her going to EEOC and filing her Right to Sue in federal court and the summon s arri.ving in the building a conspiracy was formed and supervisor and seemingly governement officials assisted Wal-Mart to continue there illegal behavior agaainst the plaintiff for no just cause until Rhonda Mclemore plaintiff received final harm a wrongful discharge for speaking about and reporting illegal acts to EEOC, TWC, Department of labor and Attorney General of U.S. Employer Liabilty for Harrassment -Employer is automatically liable for harassment by a supervisor that results in negative employment action such as termination failure to promote or hire loss of wages . if the supervisors harrassment results in a hostile work environment the employer can avoid liability only if it can prove(1) it reasonably tried to prevent and promptly corrected the harassing behavior 92) the employee unreasonably failed to take advantage of any preventative or corrective oppurtunities by employer. The employer will be liable for non-supervisory employee or non employees of who it has control if it knew or should have known about the harassment.and failed to take prompt and appropriate action. Vance v Ball State University 133 S. Ct. ,2434 (2013) Mach Mining v. EEOC 135 S.CT.1645 (2015), EEOC v. Ambercrombie and Fitch Store Inc 135 S Ct. 2028 (2015)Wal-

**Second Claim**

(*Name the law or right violated*: Defamation Per Se -Defamatory Statement /Libel Slander

(*Name the defendants who violated it*: Cinthya Knowlton Store Manager and Josephine )

Jacobs created a libel slandering the Plaintiff Rhonda Mclemore reputation infinitely among her employer Wal-mart for no just cause . This libel was sent to Frisco Police, Texas Work Force Commission , Osha ( all government entities) and Nancy L Waters of Geary Porter and Donovan . This libel was created to intentiojnally to terminate Rhonda Mclemore the plaintiff

The supervisors had no just cause to terminate. And intentioinally made up this Slanderous statemjent and distributed to 4 different location in the state of Texas and at her Place of employment for her to face embarrasment in her work environment and her home environment . The harm caused by the libel spoen or written has casued major harm to plaintiff resulting in a loss

income , life insurance and health insurance which was cancelled prior to termination of employment and Insurance. Plaintiff encountered a wrongful discharge January 4 2018 strictly out of retaliation from filing a lawsuit in re to a protected class in which Wal-Mart Store Texas, LLC seem to condone and tolerate.

Cary Kiser " They thought they heard the people in the community know who you are , they dont want you here you need to leave now."

Frisco Police : The people in the community know who you are they dont want you need to leave or else.

FOIA request from TWC she states I was escorted from building?

Osha FOIA Request Made for Definite Statement.

**Third CLAIMS**

**3rd**

(*Name the law or right violated:* **Non Federal Employee Whistle Blower Protection Act(2012)**)

(*Name the defendants who violated it:* Wal-Mart Texas Stores LLC , Cinthya Knowlton , Jason Stewart )

[*Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

1. **Rossana Nardizzi and Louise Acevedo (Occupational and Safety Act Failed to investigate retaliation claim after:** condition, privelages of Employment.Jason Stewart and Cynthia Knowlton misused their positions of power for Wal-Mart **and administered a wrongful discharge with the help of 2 federal agents.**

___. Wal-Mart failed to stop these 2 supervisors **from retaliating against plaintiff after the filing of a 11-c complaint she was retaliated against with the act a false police matter and disquise of misconduct (threat to Store Manager) in effort to administer this wrongful discharge**

___.

___.

___.

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

January 4.2019 Plaintiff Rhonda Mclemore was subject to severe retaliation , desparate treatment , harrasment, and many bouts of espionage in effort to terminate her employment for excercising her constitutional right . to report illegal acts( discrimination and workplace violations to U.S Department of Labor & EEOC Wal-Mart and all supervisors were made aware of associates complaints of blatant discrimination targeting Aged and Blacks . Retaliation continued against the plaintiff until the date of December 29,2018 when a defamatory statement was created by the Store Manager Mrs Cinthya Knowlton causing final harm when Plaintiff Rhonda Mclemore received a unjustfiably wrongful discharge. Plaintiff is praying for relief in the amount of 41,000 anually to the age 65. Totalling 492,000. And respectfully pray that releif sought will be granted in conjunction with punitive damages.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☑ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 6/25/2021 ~~06/18/2021~~

Sign Name: [signature]

Print Name: Rhonda Marie Mclemore