# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RHONDA MARIE MCLEMORE | § | |
| | § | Civil Action No. 4:21-CV-485 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| | § | |
| WAL-MART STORES TEXAS, LLC, ET AL. | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 14, 2022, the report of the Magistrate Judge (Dkt. #14) was signed containing proposed findings of fact and recommendations that Defendants' Motion to Dismiss (Dkt. #12) be granted and Plaintiff's claims against Defendants Wal-Mart, Stewart, Knowlton, Nunez, Casias, Jacobs, and Kiser be dismissed with prejudice and the claims against Defendant Kuchimanchi be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants' Motion to Dismiss (Dkt. #12) is **GRANTED**. Plaintiff Rhonda Marie McLemore's claims against Defendants Wal-Mart, Stewart, Knowlton, Nunez, Casias, Jacobs, and Kiser are **DISMISSED WITH PREJUDICE** and the claims against Defendant Kuchimanchi are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 13th day of September, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE